UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC, <br><br> Defendant. | Case No. 18-CV-06217-LHK <br><br> **CASE MANAGEMENT ORDER** |
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> AT&T CORP, <br><br> Defendant. | Case No.18-cv-06177-LHK |
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> TWITTER INC., <br><br> Defendant. | Case No. 18-CV-04523-LHK |

1

Case No. 18-CV-04523-LHK
CASE MANAGEMENT ORDER

|  |  |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VERIZON WIRELESS SERVICES, LLC, *et al.*,<br><br>　　　　　Defendant. | Case No.18-cv-06054-LHK |

Plaintiff's Attorney: Kevin Malek
Apple Inc.'s Attorney: Peter Magic
AT&T Corp.'s Attorney: Bryant Boren, Jr.
Twitter, Inc.'s Attorneys: Sarah Stahnke and Gene Lee
Verizon Wireless Services, LLC's Attorneys: Megan Woodworth and William Hector

　　　An initial case management conference was held on November 14, 2018. A further case management conference is set for January 16, 2019, at 2:00 p.m. The parties shall file their joint consolidated case management statement, which shall propose a schedule for the narrowing of patent claims, accused products, and prior art references through trial, by January 9, 2019.

　　　These 4 cases are consolidated with each other for pretrial purposes. The schedule in this case will be governed by the Patent Local Rules. The Federal Rules of Civil Procedure will govern the discovery limits in this case.

　　　Plaintiff shall file a third amended complaint against AT&T Corp. and Verizon Wireless Services, LLC, *et al.*, by November 15, 2018. Verizon's motion to dismiss the second amended complaint is denied as moot. Plaintiff's motion to strike related to AT&T's withdrawn motion to dismiss the second amended complaint is denied as moot. Plaintiff shall file a first amended complaint against Twitter, Inc. by November 15, 2018.

　　　By November 28, 2018, Plaintiff shall reduce the number of asserted claims to 20 claims. These 20 asserted claims shall be across both asserted patents. Plaintiff shall identify which of the 20 claims in which patents are asserted against each Defendant.

　　　Defendants' consolidated motion to dismiss shall be filed by January 10, 2019. Plaintiff's opposition shall be filed by February 7, 2019. Defendants' consolidated reply shall be filed by February 28, 2019. The page limits will be governed by the Civil Local Rules.

　　　These 4 cases will also be consolidated for pretrial purposes with Plaintiff's case against Amazon, Inc., currently pending in the District of Nevada, and Plaintiff's case against Apple, Inc., currently pending before Judge Tigar, which bears case number 18-cv-06216. By December 14, 2018, Plaintiff shall reduce the number of asserted claims in case number 18-cv-06216 as well as the number of claims that Plaintiff will assert against Amazon, Inc. to 20 claims. Plaintiff shall identify which of the 20 claims in which patents are asserted against each defendant.

1  **IT IS SO ORDERED.**

3  Dated: November 14, 2018

_____
LUCY H. KOH
United States District Judge

3

Case No. 18-CV-04523-LHK
CASE MANAGEMENT ORDER