United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., | Case No. 18-CV-04523-LHK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TWITTER INC., | |
| Defendant. | |

On March 25, 2019, the Court granted Defendant's omnibus motion to dismiss. ECF No. 82. The Court ruled that the asserted claims of U.S. Patent Nos. 8,542,815 and 9,179,005 are invalid under 35 U.S.C. § 101. Accordingly, the Clerk shall enter judgment in favor of Defendant. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 25, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 18-CV-04523-LHK
JUDGMENT

1