UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>TWITTER INC.,<br><br>        Defendant. | Case No. 18-CV-04523-LHK<br><br>**ORDER GRANTING MOTION TO RELATE**<br><br>Re: Dkt. No. 94 |

On April 26, 2021, Twitter filed a motion to relate the instant case and *Twitter Inc. v. VoIP-Pal.com, Inc.*, No. 20-CV-02397-LHK (N.D. Cal. filed Apr. 8, 2020) ("the 2020 Twitter declaratory judgment action") to *Twitter Inc. v. VoIP-Pal.com, Inc.*, No. 21-CV-02769-JD (N.D. Cal. filed Apr. 16, 2021) ("the 2021 Twitter declaratory judgment action"). ECF No. 94. On April 30, 2021, VoIP-Pal.Com, Inc. filed an opposition. ECF No. 95. Pursuant to Civil Local Rule 3-12(a), the Court finds that the instant case and the 2020 Twitter declaratory judgment action are related to the 2021 Twitter declaratory judgment action. Accordingly, the Court hereby RELATES the instant case and the 2020 Twitter declaratory judgment action to the 2021 Twitter declaratory judgment action.

**IT IS SO ORDERED.**

Dated: May 17, 2021

1

Case No. 18-CV-04523-LHK
ORDER GRANTING MOTION TO RELATE

*Lucy H. Koh*
LUCY H. KOH
United States District Judge